■ MICHAEL FASOLO et al., Appellants, v JOSEPH A. SCARAFILE, Respondent. (Appeal No. 2.) [990 NYS2d 428]—Appeal from

an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered July 11, 2013. The order denied plaintiffs' motion for leave to renew and reargue.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Fasolo v Scarafile* ([appeal No. 1] 120 AD3d 929 [2014]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.